IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| ANGELA R. GILDER-LUCAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:04cv825-T |
| | ) | (WO) |
| ELMORE COUNTY BOARD OF | ) | |
| EDUCATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

It is ORDERED that the joint motion to extend deadline (Doc. No. 17) is denied.  See **Frequently Asked Questions**, http://www.almd.uscourts.gov/frequently-asked-questions.htm (Question 5: "Why does the Rule 16 Scheduling Order establish a dispositive motion deadline before the end of the period allowed for discovery?")

DONE, this the 20th day of May, 2005.

                        /s/ Myron H. Thompson
                      UNITED STATES DISTRICT JUDGE