IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


ANGELA R. GILDER-LUCAS,          )
                                 )
     Plaintiff,                  )
                                 )     CIVIL ACTION NO.
     v.                          )       2:04cv825-T
                                 )         (WO)
ELMORE COUNTY BOARD OF           )
EDUCATION, et al.,               )
                                 )
     Defendants.                 )

### JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court:

(1) Defendants' motion for summary judgment (Doc. No. 19) is granted as to all federal claims.

(2) Judgment is entered in favor of defendants and against plaintiff as to all federal claims, with plaintiff taking nothing by said claims.

It is further ORDERED that plaintiff's remaining state-law claims are dismissed without prejudice pursuant to 28 U.S.C.A. § 1367.

It is further ORDERED that all other outstanding motions are denied as moot.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 26th day of October, 2005.


      /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE